UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
      -against-              :          20 Cr. 286 (WHP)
                                   :
Shaquille Williams,                :          ORDER
                       Defendant.   :
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Shaquille Williams moves to inspect the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels. The Government seeks permission to speak ex parte with Linda Thomas, the Jury Administrator in the Southern District of New York, to determine the existence and nature of the documents Defendant requests. The Government's application to speak ex parte with the Jury Administrator is denied.

        Defense counsel is entitled to be present when the Government speaks with the Jury Administrator. This Court understands that the Government has made similar requests in other cases. See United States v. Balde, 20-cr-281(KBF), United States v. Henry, 20-cr-293 (LJL), and United States v. Baker, 20-Cr-288 (LJL). The Jury Administrator need conduct only one conference call regarding this issue.

        A conference call with the Jury Administrator is currently scheduled for June 30, 2020 at 2:00 p.m. in the Balde, Henry and Baker cases. The Government is directed to confer with defense counsel in this case to ensure the scheduled conference will also be convenient for him. The parties may consult the docket in Balde for dial-in information for that conference.

The Government's deadline to respond to the Defendant's motion is extended so that the Government shall respond by July 7, 2020.

Dated: June 17, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.