UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                    :            20 Cr. 286 (WHP)

Shaquille Williams,                                    :            <u>ORDER</u>
                      Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a videoconference on Friday, June 26, 2020 at 9:00 a.m. to arraign the defendant.  Links for the videoconference will be provided to counsel separately.

The public dial-in number is 855-268-7844, passcode 32091812 and the pin is 9921299.


Dated: June 23, 2020
       New York, New York


                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                           U.S.D.J.