UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                       20 Cr. 286 (WHP)

Shaquille Williams,                ORDER
                      Defendant.
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The call with Linda Thomas, Jury Administrator for the Southern District of New York will take place in the manner specified by Judge Failla in <u>United States v. Balde</u>, 20-Cr-281, at Dkt. No. 25.

.

Dated: June 29, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.