

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

Application granted.

SO ORDERED:

**By ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

WILLIAM H. PAULEY III
U.S.D.J.

July 7, 2020

Re:   *United States v. Shaquille Williams*, 20 CR 286 (WHP)

Dear Judge Pauley,

      With the consent of the defendant, the Government writes to request an adjournment of the deadline of July 7, 2020 to respond to the defendant's letter seeking certain records relating to the selection of the grand jury that returned the indictment in this case. As the Court is aware, on June 30, 2020, in the case of *United States v. Balde*, 20 Cr. 281 (KPF), Judge Failla presided over a conference call with the Jury Administrator for the Southern District of New York, Linda Thomas. Counsel for the defendant and for the Government in this case were invited to and did participate in that call, during which Ms. Thomas provided additional information about the existence and form of certain documents responsive to the defendant's requests. Judge Failla has ordered the parties in *Balde* to meet and confer about whether there is any dispute as to which documents requested by the defense should be produced and to submit a joint status letter no later than July 14, 2020. Because the document requests in this case are substantially identical to those in *Balde*, the Government believes that any agreement reached in that case is likely to moot much if not all of any dispute that may arise in this case. Accordingly, with the consent of the defendant, the Government requests that the Court extend the current response deadline to July 21, 2020, at which time the parties can notify the Court whether there is any dispute regarding the defendant's document requests.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

By: *Thomas John Wright*
      Thomas John Wright
      Assistant United States Attorney
      (212) 637-2295

cc:  Glenn Garber (Counsel for Defendant Shaquille Williams) (by ECF)