UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Shaquille Williams,

Defendant.

20-cr-286 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

    A conference is scheduled in the above-captioned matter for October 19, 2020 at 9:00 a.m.  Links for the videoconference will be provided to counsel separately.  The public dial-in number is 855-268-7844, passcode 32091812 and the pin is 9921299.

    If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 3070580.

Dated: October 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.