U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2020

**By ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

December 2, 2020

Re:   *United States v. Shaquille Williams*, 20 CR 286 (WHP)

Dear Judge Pauley,

      The Government writes with the consent of the defendant to request respectfully an extension of the briefing schedule on the defendant's pending motions. In particular, the Government requests an extension of the date by which the response of the Government is due from December 7, 2020 to December 9, 2020 and a corresponding extension of the date by which any reply of the defendant is due from December 16, 2020 to December 18, 2020. The Government now anticipates receiving papers relevant to its response from an expert retained in connection with the parallel litigation in *United States v. Balde*, 20 Cr. 281 (KPF) at the start of next week and seeks the requested extension for this reason.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

By: _____
      Thomas John Wright
      Assistant United States Attorney
      (212) 637-2295

cc:  Glenn Garber (Counsel for Defendant Shaquille Williams) (by ECF)