UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Shaquille Williams,

Defendant.

20-cr-286 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

A conference is scheduled in the above-captioned matter for April 7, 2021 at 9:00 a.m. The dial-in number is (888) 363-4749, and access code 3070580.

Dated: April 2, 2021
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.