UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Shaquille Williams,<br><br>Defendant. | 20-cr-286 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

    The conference scheduled for April 7, 2021 is adjourned to a date to be determined.

Dated: April 6, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.