**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2021

**By ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Shaquille Williams*, 20 CR 286 (WHP)

Dear Judge Pauley,

The Government writes on behalf of the parties to advise the Court that the parties have agreed upon a pre-trial disposition. Accordingly, the parties respectfully request that the Court reschedule the conference previously scheduled for today, which the Court adjourned *sine die* in anticipation of this request from the parties, to a date and time of convenience to the Court during the week of April 19, 2021, at which time the defendant will enter a change of plea. With the consent of the defendant, the Government respectfully further requests that the Court exclude time under the Speedy Trial Act from today, April 7, 2021, through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the ends of justice served by such an exclusion and the opportunity that it will permit for the defendant to prepare for the change of plea outweigh the best interest of the public and the defendant in a speedy trial, particularly in light of the circumstances of the ongoing national emergency declared in response to the coronavirus pandemic and the additional time that is required for appearances to be rescheduled and communications between counsel and detained defendants to occur.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

by: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: (Shaquille Williams) (by ECF)

---

Application granted. Conference adjourned to April 21, 2021 at 9:00 a.m. Time excluded until April 21, 2021. This Court finds that this continuance serves to ensure the effective assistance of counsel and to prevent any miscarriage of justice. Additionally, this Court find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

April 8, 2021