# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW
TEL: 212-965-9370  FAX: 212-965-9375
WWW.GLENNGARBER.COM

April 18, 2021

**Filed by ECF**
Hon. William H. Pauley III
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Shaquille Williams,* 20-cr-286 (WHP)

Dear Judge Pauley:

    I represent Shaquille Williams in the above referenced matter. I write to advise the Court that the parties have reached a plea agreement and to request a virtual plea date on May 7, 2021 at 9 a.m.

    The defense consents to a waiver of time under the Speedy Trial Act until the date of the plea.

    Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber, Esq.

cc: AUSA Thomas John Wright (By ECF)

Application granted. Time excluded in the interest of justice until May 7, 2021.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

April 19, 2021

1