UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

    -against- : 20 Cr. 286 (WHP)

SHAQUILLE WILLIAMS,: ORDER
                      Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    This Court will hold sentencing on change of plea conference on May 7, 2021 at 9:00 a.m. The public access dial-in number is 855-268-7844, passcode 67812309 and PIN 9921299.

Dated: May 6, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.