UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES,

                  -v-

    SHAQUILLE WILLIAMS,

                            Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2021

1:20-cr-286-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to me. The sentencing proceeding scheduled to take place on September 22, 2021 at 11:00 a.m. is adjourned to September 23, 2021 at 11:00 a.m. The sentencing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to review and comply with the Court's Individual Rules of Practice in Criminal Cases, which contain instructions regarding sentencing proceedings. The parties are directed to submit their sentencing materials by the deadlines specified in those rules.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 7, 8, 30, and 32.

      SO ORDERED.

Dated: July 16, 2021
       New York, New York

                                                    GREGORY H. WOODS
                                            United States District Judge