UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :
UNITED STATES OF AMERICA,          :
                                                    :
                -v-                      :      1:20-cr-286-GHW
                                                    :
SHAQUILLE WILLIAMS,               :      <u>ORDER</u>
                                                    :
                          Defendant.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2021

GREGORY H. WOODS, United States District Judge:

      The sentencing proceeding scheduled in this matter for September 23, 2021 is adjourned to October 7, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge