**MEMORANDUM ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2021
```

September 17, 2021

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Shaquille Williams*, **20 CR 286 (GHW)**

Dear Judge Woods,

    The Government writes on behalf of the parties with respect to the date for sentencing, which the Court issued an order yesterday setting for October 7, 2021. Based on its communications with Glenn Garber, Esq., counsel for the defendant, the Government understands that Mr. Garber has a previously scheduled court appearance outside of the metropolitan area that conflicts with the new date for sentencing, and accordingly, the parties respectfully request that the Court advance or adjourn the sentencing to another date of convenience to the Court. The Government understands that in the weeks of Monday, September 27, 2021 and Monday, October 4, 2021, Mr. Garber is available all day on September 28, 2021, in the afternoon on September 29, 2021, all day on Friday, October 1, 2021, and in the morning on October 4, 2021. The parties understand that of course an adjournment of the sentencing may prove most convenient for the Court and appreciate the consideration of the Court. In addition, with the consent of the defendant and in light of yesterday's adjournment of the sentencing, the Government respectfully requests a brief extension of the date for its sentencing submission, which is due today, September 17, 2021, and which the Government respectfully requests leave to submit on Tuesday, September 21, 2021 in order to permit further consideration of the defendant's mitigation

submission, filed earlier this week on September 13, 2021, and further communication with the victims in this case. This extension request is the first such request from the Government.

        Respectfully,

        AUDREY STRAUSS
        United States Attorney

By: *Thomas John Wright*
        Thomas John Wright
        Assistant United States Attorney
        (212) 637-2295

cc: Glenn Garber (Counsel for Defendant Shaquille Williams) (by ECF)

Application granted. The sentencing proceeding scheduled in this matter for October 7, 2021 at 9:30 a.m. is rescheduled for October 4, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government's sentencing submission is due no later than September 21, 2021.

SO ORDERED.

Dated: September 18, 2021
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge